■ HELEN V. MASTERSON, as Executrix of JAMES F. MASTERSON, Deceased, Respondent, v STEPHEN C. BARBER et al., Appellants. — Order unanimously affirmed, with costs, for the reasons stated in the memorandum decision at Special Term, Stiller, J. (Appeal from order of Supreme Court, Niagara County, Stiller, J. — examine nonparty witness.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ In the Matter of MARY LA CLAIR et al., Respondents, v ROBERT E. CASWELL, as Clerk of Oneida County Board of Legislators, et al., Appellants. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Stone, J. (Appeal from order of Supreme Court, Oneida County, Stone, J. — art 78.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.